Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Affirmed.

479 A.2d 1095

Commonwealth v. Campbell, Appellant.

Submitted March 26, 1984. Alphonse P. Lepore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.

479 A.2d 1095

Commonwealth v. Campbell, Appellant.

Submitted March 26, 1984. Linda R. Tallent, for appellant;